# TRANSATLANTICA COMMODITIES PTE LTD
Company Registration No. 201725180D

10 Anson Road No 13-11, International Plaza, 079903, Singapore

To: Hanwin Shipping Limited

## H I R E   S T A T E M E N T

| | |
|---|---|
| № | TACS/IMA/SHS9 - 260522.1 |
| Vessel: | TAC Imola |
| C/P dd: | 03.11.2021 |
| Charterers: | Hanwin Shipping Limited |
| Beneficiary: | Transatlantica Commodities Pte. Ltd. |
| Hire from: | 13.11.2021 16:00 |
| Hire till: | 17.01.2022 16:00 |
| Total: | 65,00 days |
| Hire rate: | $29 000,00 |
| Hire from: | 17.01.2022 16:00 |
| Hire till: | 08.06.2022 16:00 |
| Total: | 142,00 days |
| Hire rate: | $35 500,00 |

| DESCRIPTION | | | Credit(USD) | Debit(USD) |
|---|---|---|---|---|
| Total hire | | | $6 926 000,00 | |
| Address commission 3,75% | | | | $259 725,00 |
| C/E/V:    $ 1 500  per month | | | $10 350,00 | |
| **Bunkers on delivery** | | | | |
| VLSFO | 397,980 mt | $650,00 | $258 687,00 | |
| LSMGO | 165,670 mt | $780,00 | $129 222,60 | |
| **Bunkers on re-delivery** | | | | |
| VLSFO | 475,000 mt | $650,00 | | $308 750,00 |
| LSMGO | 120,000 mt | $780,00 | | $93 600,00 |
| **Hire payments:** | | | | |
| 1st hire received on 17.11.21 | | | | $565 250,00 |
| 2nd hire received on 25.01.22 | | | | $444 593,87 |
| 3rd hire received on 08.02.22 | | | | $391 475,00 |
| 4th hire received on 23.02.22 | | | | $419 437,50 |
| Amount paid on escrow on 07.03.2022 | | | | $800 000,00 |
| 5th hire received on 09.03.22 | | | | $376 406,25 |
| 6th hire received on 21.03.22 | | | | $513 281,25 |
| 7th hire received on 07.04.22 | | | | $342 187,50 |
| 8th hire received on 11.04.22 | | | | $433 558,44 |
| **Holds cleaning:** | | | | |
| ILOHC | | | $6 000,00 | |
| **Alleged and preliminary off-hire (only on without prejudice basis):** | | | | |
| *Alleged dviation* | | | | |
| 03.12.2021 18:10 | | | | |
| 21.01.2022 15:30 | 48,89 days | $29 000,00 | $1 417 777,78 | $1 417 777,78 |
| Preliminary balance claim (excluding escrow amount) to be settled bbs the final report | | | | $617 777,78 |
| **Miscellaneous:** | | | | |
| *Passed distance from from DLOSP Hong Kong point to Lat 21-55.8N; Log 114-37.3E* | | | | |
| Time lost 3,50 hrs | 0,15 days | $29 000,00 | $4 229,17 | |
| Address commission 3,75% | | | | $158,59 |
| C/E/V | | | $7,29 | |
| VLSFO overconsumed | 2,490 mts | $650,00 | $1 618,50 | |
| Underwater fouling fee | | | $65 000,00 | |
| **TOTAL** | | | | |
| Due to Owners | | | $8 818 892,34 | |
| Total paid by Charterers | | | | $6 983 978,96 |
| **Balance to Owners** | | | **$1 834 913,38** | |

Please pay  $ 1 834 913,38 to:

| | |
|---|---|
| Beneficiary Bank: | Citibank N.A., Singapore Branch |
| Address: | 8 Marina View #17-01 Asia Square Tower 1 Singapore 018960 |
| Account (USD): | 0864817009 |
| SWIFT: | CITISGSG |
| Bank Code: | 7214 |
| Branch Code: | 001 |
| Beneficiary: | Transatlantica Commodities Pte Ltd |
| Beneficiary address: | 10 Anson Road No 13-11, International Plaza, Singapore 079903 |

All bank charges are for remitter's account

