IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | * | |
| Plaintiff, | * | Civil Action No.: |
| v. | * | IN ADMIRALTY |
| Hanwin Shipping Limited, | * | |
| Defendant, *in personam* | * | |
| and | * | |
| Cargo Carried in Hold 5 of the M/V TAC IMOLA, consisting of Approximately 3572.437 mt of plywood, | * | |
| Defendant *in rem*, | * | |
| and | * | |
| The Master of the M/V INDIGO SPICA, | * | |
| The Master of the M/V TAC IMOLA, | * | |
| Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION FOR
ISSUE OF WARRANT OF ARREST
<u>AND WRIT OF MARITIME ATTACHMENT AND GARNISHMENT</u>**

Upon consideration of the Plaintiff's Motion for an Order Authorizing Issuance of Warrant for Arrest of Cargo Carried in Hold 5 of the M/V TAC IMOLA, consisting of approximately 3572.437 mt of plywood, *in rem* ("Cargo") and for issue of writs of attachment for property of Hanwin, namely, marine fuel ("bunkers") belonging to Hanwin and carried

aboard the Hanwin-chartered vessels M/V INDIGO SPICA and M/V TAC IMOLA (herein the "Bunkers"), and good cause having been shown therefore, is it hereby

**ORDERED**, that the Clerk of the Court issue a Warrant for the Arrest pursuant to Supplemental Rules C of the Cargo, and pursuant to Supplemental Rule B, writs of attachment for the Bunkers;

**ORDERED**, that the United States Marshal for the District of Maryland or such person as this Court shall appoint in place of the United States Marshal, shall arrest the Cargo and attach the Bunkers with notice to all persons claiming any interest therein to appear and file their Claims and Answer the Verified Complaint; and further

**ORDERED**, that the Clerk of this Court is authorized to issue pursuant to Supplemental Rule B, as detailed in the Verified Complaint, Process of Maritime Attachment and Garnishment for all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, and said Order being equally applicable with respect to the issuance and service of additional writs of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further,

**ORDERED**, that any person claiming an interest in the property arrested, attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt

hearing at which the Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted; and it is further,

**ORDERED**, that supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court; and it is further,

**ORDERED**, that following initial service of a writ of maritime attachment and garnishment on any Garnishee, supplemental service of maritime attachment and garnishment writs on that Garnishee and related papers may be made by way of facsimile transmission or email to each such Garnishee and, it is further,

**ORDERED**, that service on any Garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the Garnishee's business the next business day; and, it is further,

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means; and it is further,

ORDERED, that a copy of this Order be served with each said writ of maritime attachment and garnishment.

**SO ORDERED** on this 27th day of May, 2022.

_____
Stephanie A. Gallagher
United States District Judge

3