IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | * | |
| Plaintiff, | * | Civil Action No.: |
| v. | * | IN ADMIRALTY |
| Hanwin Shipping Limited, | * | |
| Defendant, *in personam* | * | |
| and | * | |
| Cargo Carried in Hold 5 of the M/V TAC IMOLA, consisting of Approximately 3572.437 mt of plywood, | * | |
| Defendant *in rem*, | * | |
| and | * | |
| The Master of the M/V INDIGO SPICA, | * | |
| The Master of the M/V TAC IMOLA, | * | |
| Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION FOR
APPOINTMENT OF SUBSTITUTE CUSTODIANS**

Upon consideration of the Plaintiff Transatlantica's Motion for an Order Appointing a Substitute Custodians, and good cause therefore having been shown, it is hereby

**ORDERED**, that the Master of the M/V TAC IMOLA shall be and is appointed the Substitute Custodian of for the Cargo and Bunkers aboard the M/V TAC IMOLA, as more fully described in the Verified Complaint, and the Master of the M/V INDIGO SPICA shall be and is

appointed Substitute Custodian of the Bunkers aboard the M/V INDIGO SPICA, as more fully described in the Verified Complaint, , to retain the same in their respective custody and possession, and be authorized to perform the services set forth in the Plaintiff's Motion; and, it is further

**ORDERED**, that the United States Marshal shall, upon his arrest and seizure of the Cargo and Bunker, surrender possession thereof to the Substitute Custodians named herein and its agents, and upon said surrender shall transfer responsibilities for the safekeeping of the Cargo and Bunkers.

**SO ORDERED** on this 27th day of May 2022.

_____
Stephanie A. Gallagher
United States District Judge