IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | § | |
| | § | |
| Plaintiff | § | CIVIL NO.: 1-22-cv-01275-RDB |
| | § | |
| v. | § | |
| | § | |
| Hanwin Shipping Limited, et al. | § | |
| | § | |
| Defendants | § | |

§ § § § § § § § § § § § § § § § § § § § § § § § § §

| | |
|---|---|
| Hawthorne Industrial Products, Inc. | § |
| | § |
| Intervenor | § |

## ORDER

Intervenor, Hawthorne Industrial Products, Inc., having filed a Motion to Intervene and Request for Emergency Hearing (ECF 21), and

An emergency telephonic hearing having been held by the Court with counsel for several interested parties, including Plaintiff, Transatlantica Commodities Pte Ltd. ("Transatlantica"); Defendant, Hanwin Shipping Limited ("Hanwin"); Intervenor, Hawthorne Industrial Products, Inc. ("Hawthorne"); Canton Port Service LLC ("Canton"); and Ratu Shipping Co. SA, participating, and

Transatlantica having agreed to pay Canton in full for the discharging of the M/V TAC IMOLA by Canton by July 7, 2022, and

Canton having a berth at its pier available for the discharge of the M/V TAC IMOLA to be followed by the M/V INDIGO SPICA during most of the remaining weeks of July 2022;

-2-

Canton having agreed that upon timely receipt of advance funds for the discharging of the M/V TAC IMOLA it will provide a berth for the discharging of that vessel and will proceed to discharge the vessel,

Canton having also agreed that upon timely receipt of advance funds for the discharging of the M/V INDIGO SPICA it will provide a berth for discharging of that vessel and will proceed to discharge that vessel promptly after the discharging of the M/V TAC IMOLA is completed, and

All parties acknowledge that problems with the stow and weather during discharge of the cargo on the vessels, as well as one regularly scheduled vessel due at Canton's pier for discharge on about July 23, 2022, may impact the following schedule to some degree;

IT IS this _____ day of July, 2022, hereby

ORDERED, that Hawthorne may intervene in this action, and it is further

ORDERED, that, upon timely receipt of advance funds for the discharging of the M/V TAC IMOLA from Transatlantica, Canton will provide a berth for the discharging of that vessel and will proceed to discharge the vessel, and it is further

ORDERED, that funds received by Canton from a third party other than Hanwin for the discharging of the M/V INDIGO SPICA will not be subject to the writs of garnishment served by Transatlantic on Canton, and it is further

ORDERED, that upon timely receipt of advance funds for the discharging of the M/V INDIGO SPICA, Canton will provide a berth for discharging of that vessel and will proceed to discharge that vessel promptly after the discharging of the M/V TAC IMOLA is completed.

---

Judge, United States District Court for the District of Maryland

2819830.docx