IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Northern Division**

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd.. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:22-CV-01275-RDB |
| Hanwin Shipping Limited, | * | IN ADMIRALTY |
| Defendant, *in personam* | * | |
| *And* Cargo Carried in Hold 5 of the M/V Tac Imola, consisting of Approximately 3572.437 mt of plywood, | * * | |
| Defendant *in rem*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF RESTRICTED APPEARANCE PURSUANT TO ADMIRALTY RULE E(8).

NOW COMES Defendant, Hanwin Shipping Limited, by and through undersigned counsel, and enters its restricted appearance in this matter pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims.  Whereas Plaintiff Transatlantica Commodities Pte. Ltd. has issued process *quasi in rem* for attachment and garnishment of Defendant Hanwin's tangible and intangible property within the District, Defendant Hanwin expressly restricts its appearance to the defense of such claims, and specifically reserves all rights with respect to this Honorable Court's exercise of jurisdiction over its person.

Respectfully submitted July 8, 2022.

　　　　　　　　　　　　　　　　　　　　　　*/S/* Gregory R. Singer, Esq.

　　　　　　　　　　　　　　　　　　　　　　Gregory R. Singer, Esq. (Bar # 19314)
　　　　　　　　　　　　　　　　　　　　　　Lochner Law Firm, P.C.

        91 Main Street, 4th Floor
        Annapolis, Maryland 21401
        (410) 716-4400
        gsinger@boatinglaw.com

*Counsel for Defendant Hanwin Shipping Limited.*

**Of Counsel:**

Brian P. Maloney, Esq.
Bruce G. Paulsen, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1448
Fax: (212) 480-8421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2022, I electronically filed the foregoing Restricted Appearance with the Clerk of the Court using the CM/ECF Filing system, which will send notification of such filing to all parties counsel of record.

        */S Gregory R. Singer*
        Gregory R. Singer, Esq. (# 19314)