IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Hawthorne Industrial Products, Inc., *et al,,* | * | |
| Plaintiffs, | * | Civil Action No.: 1:22-cv-1376-RDB |
| v. | * | |
| M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem, et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Transatlantica Commodities Pte Ltd., | * | |
| Plaintiff, | * | Civil Action No.: 1:22-cv-1275-RDB |
| v. | * | |
| Hanwin Shipping Limited, *et al.*, | * | |
| Defendant and Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION TO CONSOLIDATE CASES UNDER
<u>CASE No. 1:22-cv-1376-RDB</u>**

Pursuant to the Court's October 12, 2022 Letter Order [ECF 64] and the parties' agreement, Transatlantica Commodities Pte Ltd. moves for this Court to consolidate cases Nos. 1:22-cv-1376-RDB and 1:22-cv-1275-RDB under Case No. 1:22-cv-1376-RDB as the lead (parent) case.

WHEREFORE, Transatlantica respectfully requests this Court to grant this motion and herewith submits a draft order.

Dated: December 1, 2022.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030
Ph:   410-783-5795
Fax:  410-5110-1789
jssimms@simmsshowers.com

Transatlantica Commodities Pte Ltd. Counsel

### CERTIFICATE OF SERVICE

I certify that on this December 1, 2022 I caused the foregoing and draft order to be filed on this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms

- 2 -